**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VFC SOLUTIONS LTD**,<br><br>Plaintiff,<br><br>v.<br><br>**BRADLEY T. SMITH**, et al.,<br><br>Defendants. | Case No. 25-cv-3861 (TJK) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION**
**FOR REFERRAL TO MEDIATION**

Defendants do not oppose the referral of this matter to the Court's mediation program nor, in the alternative, to a Magistrate Judge for the limited purpose of conducting a settlement conference. Defendants do, however, object to Plaintiff's request that they "appear at the settlement conference through a representative with authority to settle this matter, or ensure that such a representative is immediately available by telephone for the duration of the conference." ECF No. 15 at 5. Any settlement of this matter would require formal approval by senior officials of the Department of the Treasury and the Department of Justice, upon appropriate memoranda presented to them. As is commonly the case in mediations involving the federal government, Defendants would be represented at any mediation by counsel empowered to negotiate in good faith and recommend final approval of any settlement to which the parties might tentatively agree.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: August 26, 2026